JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODEST RILEY, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>WALGREEN CO., a corporation; and<br>Does 1 - 50, inclusive,<br><br>    Defendants.<br>_____ | Case No: CV13-5948-RGK-AGR<br>Filed:          July 9, 2013<br>Assigned to:  Hon. R. Gary Klausner<br>Courtroom:   850<br><br>**ORDER RE DISMISSAL OF ACTION** |

Based on the stipulation of the parties and good cause appearing, this matter is hereby DISMISSED.

IT IS HEREBY SO ORDERED.

Date: April 17, 2014        *[signature: Gary Klausner]*
                                         _____
                                         Hon. R. Gary Klausner
                                         United States District Court

Order Re Dismissal of Action